WR-77,157-02
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/27/2015 10:31:34 AM
Accepted 7/27/2015 11:32:32 AM
ABEL ACOSTA
CLERK

**IN THE COURT OF CRIMINAL APPEALS OF TEXAS**
**IN AUSTIN, TEXAS**

|  |  |  |
|---|---|---|
| **EX PARTE DANIEL LEE LOPEZ,** **APPLICANT** | ) ) ) ) ) ) ) | CAUSE NO. _____ |

RECEIVED
COURT OF CRIMINAL APPEALS
7/27/2015
ABEL ACOSTA, CLERK

_____

**MOTION FOR STAY OF EXECUTION**

_____

**Mr. Lopez is scheduled to be executed on Wednesday, August 12, 2015, after 6 o'clock p.m.**

James Gregory Rytting
Texas Bar No. 24002883
Hidler & Associates, P.C.
819 Lovett Blvd.
Houston, Texas 77006-3905
Tel. (713) 655-9111
Fax (713) 655-9112
Email james@hilderlaw.com

David R. Dow
Texas Bar No. 06064900
University of Houston Law Center
100 Law Center
Houston, Texas 77204-6060
Tel. (713) 743-2171
Fax (713) 743-2131
Email ddow@central.uh.edu

*Counsel to Daniel Lee Lopez*

1

**IN THE COURT OF CRIMINAL APPEALS OF TEXAS**
**IN AUSTIN, TEXAS**

|  |  |
|---|---|
| **EX PARTE DANIEL LEE LOPEZ,** **APPLICANT** | ) ) ) ) ) ) ) ) **CAUSE NO. _____** |

_____

**MOTION FOR STAY OF EXECUTION**
_____

**TO THE HONORABLE JUDGES OF THIS COURT:**

Daniel Lee Lopez, through undersigned counsel, respectfully moves this Court to order a stay of execution to permit resolution of the constitutional claim presented in his case. In support of this application for stay of execution, Mr. Lopez would show the following:

Mr. Lopez is scheduled to be executed on August 12, 2015, pursuant to his conviction and sentence of death entered in the 117th Judicial District Court of Nueces County, Texas. In a contemporaneously filed pleading, Counsel raise a claim that Lopez is actually innocent of capital murder because he never intended to kill Lt. Alexander and, in fact, did not see Alexander until immediately before hitting him with his vehicle. If Lopez is actually innocent of capital murder, as evidence strongly suggests is the

case, the Eighth Amendment will not permit his execution. Counsel request a stay from this Court so that the Court can consider whether the claim satisfies section 5 of article 11.071 of the Texas Code of Criminal Procedure and, if so, so that the trial court can hear evidence on the claim. In the absence of a stay, Mr. Lopez will suffer irreparable injury because he will be executed.

## PRAYER FOR RELIEF

Accordingly, Counsel respectfully request that this Court stay Lopez's

execution scheduled for August 12, 2015, and grant any other relief that law

or justice may require.


Respectfully submitted,

s/ James Gregory Rytting

_____

James Gregory Rytting
Texas Bar No. 24002883
Hilder & Associates, P.C.
819 Lovett Blvd.
Houston, Texas 77006-3905
Tel. (713) 655-9111
Fax (713) 655-9112
Email james@hilderlaw.com

s/ David R. Dow[1]

_____

David R. Dow
Texas Bar No. 06064900
University of Houston Law Center
100 Law Center
Houston, Texas 77204-6060
Tel. (713) 743-2171
Fax (713) 743-2131
Email ddow@central.uh.edu


*Counsel to Daniel Lee Lopez*

---

[1] Contemporaneously with this pleading, Counsel is filing a motion for leave to appear pursuant to the Court's January 14, 2015 order.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via email to Nueces County District Attorney Mark Skurka at nueces.districtattorney@nuecesco.com on July 27, 2015.

/s/ David R. Dow

_____

David R. Dow